UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM A. SMITH,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
                                    /

Case No. 08-14986
Honorable Patrick J. Duggan

## **JUDGMENT**

Plaintiff initiated this action to challenge the Commissioner of Social Security's ("Commissioner") final decision denying his application for Social Security Disability Insurance Benefits. Plaintiff and the Commissioner filed motions for summary judgment. In an Opinion and Order entered on this date, the Court granted in part and denied in part Plaintiff's motion and denied the Commissioner's motion. The Court held that the Commissioner's decision to deny benefits must be reversed and remanded for further proceedings consistent with Magistrate Judge Hluchaniuk's Report and Recommendation dated February 22, 2010.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that judgment is granted in favor of Plaintiff and against the Commissioner;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that the

determination of the Commissioner is reversed and the matter is remanded for further proceedings.

DATE:March 24, 2010           s/PATRICK J. DUGGAN
                              UNITED STATES DISTRICT JUDGE

Copies to:
Kenneth F. Laritz, Esq.
AUSA Judith Levy
Magistrate Judge Michael Hluchaniuk